Rachel Bandli
RUTTENBERG IP LAW
A PROFESSIONAL CORPORATION
445 Hamilton Ave. 11th Fl.
White Plains, NY 10601
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
Email: rachel@ruttenbergiplaw.com

*Attorneys for Petitioner Take-Two Interactive Software, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re DMCA Subpoena to X Corp. | Case No. 1:26-mc-426<br>ECF Case |

**PETITIONER TAKE-TWO INTERACTIVE SOFTWARE, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") states that Take-Two has no parent corporation. BlackRock, Inc. is a publicly held entity which, with its wholly-owned subsidiaries, may beneficially own 10% or more of the outstanding common stock of Take-Two. No other publicly held corporation owns ten percent or more of Take-Two's stock.

Dated: Astoria, New York
August 21, 2026

RUTTENBERG IP LAW
A PROFESSIONAL CORPORATION

*/s/ Rachel Bandli*

Rachel Bandli
445 Hamilton Ave. 11th Fl.
White Plains, NY 10601
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
Email: rachel@ruttenbergiplaw.com

*Attorneys for Petitioner*
*Take-Two Interactive Software, Inc.*