# EXHIBIT 1

**Alex Aviles (T2 NY)**

**From:** April Hanson <aprilrosehanson@gmail.com>
**Sent:** Friday, August 21, 2026 1:09 PM
**To:** Alex Aviles (T2 NY)
**Subject:** Fwd: LEGAL-2946144: DMCA - Authorized representative

** EXTERNAL EMAIL **

---------- Forwarded message ---------
From: **April Hanson** <aprilrosehanson@gmail.com>
Date: Thu, Aug 20, 2026 at 10:41 AM
Subject: Fwd: LEGAL-2946144: DMCA - Authorized representative
To: April Hanson <ahanson@ebrand.com>

---------- Forwarded message ---------
From: **X Legal Support** <legal-support@x.com>
Date: Tue, Aug 18, 2026 at 6:49 PM
Subject: LEGAL-2946144: DMCA - Authorized representative
To:

Reply above this line.

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

------------------------------------------------ Your ticket number: LEGAL-2946144

Copyright owner:
> Take Two Software Interactive
Name:
> April Hanson
Company:
> EBRAND
Job title:
> Client Success Manager
Email:
> aprilrosehanson@gmail.com

Address:
> 462 W 42nd Street
City:
> New York City
State/Province:
> NY
Postal code:
> 10036
Phone (optional):
> 2082970574
Fax (optional):
> [Empty]

Where is this infringement happening?
> X
Description of original request:
> Images and videos extracted from an unreleased copyrighted work GTA VI

Links to original work:
> https://www.rockstargames.com/

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/cyberleek_ar_io/status/2089790352785871077
> https://x.com/cyberleek_ar_io/status/2089789851168088408
> https://x.com/cyberleek_ar_io/status/2089789527686607359

Reported content:

> Video/Audiovisual Recording

Description of infringement:

> The reported post contains unauthorized, leaked gameplay footage from the unreleased game Grand Theft Auto VI. This material reproduces our Client's copyrighted, unreleased game assets and was published and distributed without any authorization from the copyright holder. The content is presented as genuine leaked Grand Theft Auto VI gameplay from Take-Two Interactive Software, Inc., and its distribution constitutes unauthorized reproduction and public disclosure of our Client's copyrighted work.

This unauthorized reproduction and distribution of our Client's copyrighted material constitutes copyright infringement. We request that this content be removed in its entirety.

512(f) Acknowledgement:

> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:

> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:

> April Hanson

Country

> US

**Alex Aviles (T2 NY)**

**From:** April Hanson <aprilrosehanson@gmail.com>
**Sent:** Friday, August 21, 2026 1:04 PM
**To:** Alex Aviles (T2 NY)
**Subject:** Fwd: LEGAL-2945934: DMCA - Authorized representative

** EXTERNAL EMAIL **

---------- Forwarded message ---------
From: **X Legal Support** <legal-support@x.com>
Date: Tue, Aug 18, 2026 at 6:07 PM
Subject: LEGAL-2945934: DMCA - Authorized representative
To:

———

Reply above this line.

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

------------------------------------------------ Your ticket number: LEGAL-2945934

Copyright owner:

> Take Two Software Interactive

Name:

> April Hanson

Company:

> EBRAND

Job title:

> Client Success Manager

Email:

> aprilrosehanson@gmail.com

Address:

> 462 W 42nd Street

City:

> New York City

State/Province:

> NY

Postal code:

> 10036

Phone (optional):

> [Empty]

Fax (optional):

> [Empty]

Where is this infringement happening?

> X

Description of original request:

> Contains video of unreleased footage of GTA 6 game with cars and various characters

Links to original work:

> https://www.rockstargames.com/

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://x.com/cyberleek_ar_io

Reported content:

> Video/Audiovisual Recording

Description of infringement:

> The reported post contains unauthorized, leaked gameplay footage from the unreleased game Grand Theft Auto VI. This material reproduces our Client's copyrighted, unreleased game assets and was published and distributed without any authorization from the copyright holder. The content is presented as genuine leaked Grand Theft Auto VI gameplay from Take-Two Interactive Software, Inc., and its distribution constitutes unauthorized reproduction and public disclosure of our Client's copyrighted work.

This unauthorized reproduction and distribution of our Client's copyrighted material constitutes copyright infringement. We request that this content be removed in its entirety.

We further request that you remove not only the specific content identified above but also any and all identical or substantially similar copies, reuploads, and mirrors of this leaked Grand Theft Auto VI material across the platform, as they infringe our Client's copyright in the same manner. We ask that you take reasonable measures to prevent the same infringing material from being re-uploaded.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> April Hanson

Country
> US