USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re DMCA Subpoena to X Corp. | Case No. 1:26-mc-426 |

**ORDER GRANTING**
**PETITIONER TAKE-TWO INTERACTIVE SOFTWARE, INC.'S**
**REQUEST FOR ISSUANCE OF SUBPOENA TO X CORP.**

This matter comes before the Court upon the ex parte application of petitioner Take-Two Interactive Software, Inc. along with the Declaration of Rachel Bandli and supporting documents for the signing of a Subpoena directing X Corp. to produce the identity of entities or persons believed to be infringing on the copyright of Take-Two Interactive Software, Inc.

Having considered the Declaration and all documents submitted in support of the instant application, the Court finds good reason to issue an order directing the clerk to issue said subpoena and it is therefore:

ORDERED that the clerk of this Court shall issue the Subpoena for X Corp. as sought by the petitioner.

Dated: August 24, 2026

UNITED STATES DISTRICT JUDGE