USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re DMCA Subpoena to X Corp.

26 Misc. 426 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: October 27, 2026
New York, New York

ANALISA TORRES
United States District Judge